DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                        NO. 12-06-00382-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

DR.
CHARLES DIETZ, D.D.S.,      §          APPEAL FROM THE 369TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

CODY
WORTHAM,

APPELLEE   §          ANDERSON
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Appellant Charles Dietz, D.D.S. has filed a motion to
dismiss this appeal.  In his motion,
Dietz states that all claims asserted by Appellee Cody Wortham against
Appellant have been resolved and the appeal is now moot.  A copy of the motion has been sent to all
counsel of record.  Because Appellant has
met the requirements of Texas Rule of Appellate Procedure 42.1(1), the motion
is granted, and the appeal is dismissed.

Opinion
delivered January 3, 2007.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

                                                

 

 

 

 

 

 

 

(PUBLISH)